STATE OF NEW JERSEY v. MICHAEL J. ZIMBICKI.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CRAIG CALLUM.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE GUDMESTAD.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF A.D.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD SCHENCK.

March 21, 1988.

Petition for certification denied.